April 19, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellants

NO. 14-15-00027-CV                          V.

CHECKFREE SERVICES CORPORATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CheckFree Services Corporation, signed September 2, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.